JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA C. BRYANT, | Case No. CV 11-10432 FMO (PJWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| PATRICK R. DONAHOE, Postmaster, United States Postal Service, | |
| Defendant. | |

Pursuant to the Court's Order Re: Defendant's Motion for Summary Judgment or Alternatively for Partial Summary Judgment, IT IS ADJUDGED that the above-captioned action is **dismissed with prejudice**.

Dated this 9th day of September, 2013.

/s/
Fernando M. Olguin
United States District Judge