JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA C. BRYANT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK R. DONAHOE, Postmaster,<br>United States Postal Service,<br><br>　　　　　Defendant. | Case No. CV 11-10432 FMO (PJWx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Defendant's Motion for Summary Judgment or Alternatively for Partial Summary Judgment, IT IS ADJUDGED that the above-captioned action is **dismissed with prejudice**.

Dated this 9th day of September, 2013.

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　United States District Judge